IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENDARIUS DEVAN LUCIOUS, #299209, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL CASE NO. 2:23-cv-463-ECM ) |
| KAREN CARTER, *et al.*, | ) ) |
| Defendants. | ) ) |

**MEMORANDUM OPINION and ORDER**

On December 8, 2023, the Magistrate Judge entered a Recommendation (doc. 8) to which no timely objections have been filed. Accordingly, upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 8) is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to comply with the Orders of this Court.

A separate Final Judgment will be entered.

DONE this 1st day of February, 2024.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE